| | |
|---|---|
| PROB 22 (Rev. 2/88) | CASE NUMBER *(Tran. Court)* <br> 2:19CR00590-001 |
| **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> Blake Rezabek | DISTRICT <br> Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> The Honorable Joel H. Slomsky | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 10/17/2022    TO <br> 10/16/2025 |

OFFENSE:

18:1956(h) Conspiracy to commit money laundering (Count 1) and 26:7201 Income tax evasion (Count 2).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Pennsylvania** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 11/20/2023 | S/ *Joel H. Slomsky* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle District of Pennsylvania**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| November 27, 2023 | [signature] |
|---|---|
| Effective Date | United States District Judge |